# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>      *Plaintiff*,<br><br>      v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>      *Defendant*. | Civil Action No. 17-1626 (JEB) |

## NOTICE OF RESTORED GOVERNMENT FUNDING

Defendant hereby notifies the Court and Plaintiff that an appropriations act providing funding to the Department of Justice ("DOJ") for a three-week period of time was enacted on January 25, 2019. Consequently, DOJ attorneys, including the undersigned Assistant United States Attorney assigned to this case, are now authorized by law to resume work on civil matters, including matters that are not "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

January 28, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov